AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
LARY NICOLDS

Defendant

)
)
)
)
)
)
)

Case No. 26-CR-1857 SMD

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    LARY NICOLDS                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 371: Conspiracy;

Counts 2-6: 18 U.S.C. § 1343: Wire Fraud; and 18 U.S.C. § 2: Aiding and Abetting;

Counts 7-11: 16 U.S.C. §§ 3372(a)(1), 3372(c), 3373(d)(1)(B): Lacey Act; and 18 U.S.C. § 2: Aiding and Abetting.

Date:    4/22/2026

*Issuing officer's signature*

City and state:    Las Cruces, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04/23/2026 and the person was arrested on *(date)* 06/03/2026 at *(city and state)* Gilbert, AZ . |

Date:    6/3/2026

*Arresting officer's signature*

Maricela Olguin, DUSM
*Printed name and title*

FOR: DUSM Palacios