**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.** **Case No. 26-cr-01857-SMD-2**

**DANIEL NICOLDS,**

**Defendant.**

**DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL AND JOIN SON'S YOUTH ORYX HUNT ON PUBLIC LAND IN THE STATE OF NEW MEXICO**

**COMES NOW** Daniel Nicolds, by and through counsel, Shaharazad Booth, and respectfully moves this Court for an order to allow the defendant to travel and join his son's youth oryx hunt, which started on June 1, 2026 and ends June 30, 2026. As grounds therefore, the Defendant would show the following:

1. On June 10, 2026, Mr. Nicolds plead not guilty to a 12 count indictment alleging violations of 18 U.S.C. § 371: Conspiracy (counts 1 and 12); 18 U.S.C. § 1343: Wire Fraud; and 18 U.S.C. § 2: Aiding and Abetting (counts 2-6); and 16 U.S.C. §§ 3372 (a)(1), 3372(c), 3373(d)(1)(B): Lacey Act; and 18 U.S.C. § 2: Aiding and Abetting (counts 7-11). [Docs. 3, 31].
2. On June 10, 2026, Mr. Nicolds was released from custody on an appearance bond with conditions of release. [Docs. 33, 34].
3. Mr. Daniel Nicolds requests permission to travel and join his son's youth oryx hunt, which is currently underway on public land in Otero, Socorro and Lincoln Counties in the State of New Mexico.

4. Mr. Nicolds was previously with his son hunting when he was informed of the charges in the instant case. As soon as he heard of the charges, he left the hunt and self-surrendered to the custody of the United States Marshal Service.
5. Mr. Nicolds will never have possession of a firearm on the hunt.
6. Mr. Nicolds has met with his pre-trial services officer Chris Feildler and will continue to check in during the course of the hunt, and in the case there are periods where there is no cellular service due to being in remote locations, Mr. Nicolds will immediately check in with Officer Feildler once cellular service has been reestablished.
7. The defense has conferred with pre-trial services officer Chris Feildler who stated the position of their office is to defer to the government and the Court regarding this request due to the short timeframe of supervision.
8. The defense has conferred with Executive Assistant United States Attorney Chris McNair, who stated that the government does not object to the court entering this order and allowing Mr. Nicolds to join his son during the course of the youth oryx hunt in the State of New Mexico.

WHEREFORE the defense moves this court for an order allowing for travel during the pendency of the youth oryx hunt or through June 30, 2026 whichever is sooner.

Dated this 16th of June, 2026.

Respectfully submitted,

Shaharazad McDowell Booth
Attorney for Defendant
NM Bar # 142956
US Bar ID # 19-101
PO Box 13856

Las Cruces, NM 88013
(575) 323-8233

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Motion upon the U.S. Attorney's Office by electronically filing a copy with the Clerk of the Court using the CM/ECF system on this 16th of June 2026.

____________________________
Shaharazad McDowell Booth
*Attorney for the Defendant*